UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977
    Burlingame, et al. v. Bin Laden, et al., No. 02-cv-07230

    The Ashton-Dickey plaintiffs recently filed an "Amended Motion for Final Judgments Against the Taliban." ECF No. 9406.[1] It is unclear what motion this filing intended to amend or replace. The Court requests that counsel file a letter by November 13, 2023, identifying the underlying motion and, if appropriate, withdrawing it.

SO ORDERED.

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:    November 6, 2023
               New York, New York

---

[1] All ECF numbers refer to the main MDL docket, No. 03-md-01570.