UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
IN RE: : ORDER
:
: 03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON :
SEPTEMBER 11, 2001 :
:
------------------------------------- x

This document relates to:

    *Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN))

### ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE *BURLINGAME XIV* PLAINTIFFS LISTED IN EXHIBITS A

GEORGE B. DANIELS, United States District Judge:

The *Burlingame XIV* Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendants the Islamic Republic of Iran. (ECF No. 9859.[1]) Upon consideration of the evidence and arguments set forth in the Declaration of Frank H. Granito III, Esq. and the exhibits thereto (ECF Nos. 9860, 9682), and in light of the default judgment as to liability against the Islamic Republic of Iran entered on August 31, 2015 (ECF No. 3021), together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF No. 1238); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that partial final judgment is entered on behalf of the *Burlingame XIV* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran[2]; and it is

**ORDERED** that the *Burlingame XIV* Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein and as supported by the expert reports and analyses tendered in conjunction with the Granito Declaration (ECF No. 9682-1 to -4); and it is

**ORDERED** that the *Burlingame XIV* Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the *Burlingame XIV* Plaintiffs identified in the attached Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at ECF No. 9859 in 03-md-01570, ECF No. 2075 in 02-cv-6977, and ECF No. 325 in 02-cv-7230.

Dated: June 17, 2024
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[2] As the Plaintiffs identified in Exhibit A have already received damages for decedents' pain and suffering (*see* ECF No. 3226 at 8–9), their request for pain and suffering damages is DENIED as moot.

2

# Exhibit A

| Plaintiff (as Personal Representative of the Estate of 9/11 Decedent) | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 Rudy | | Abad | | Maria | Rose | Abad | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 79 | | 3226 at 8 | $ - | | 5/15/24 | | $ 5,086,889.00 |
| 2 Janet | | Kelley | | Frederick | | Kelley | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 82 | | 3226 at 9 | $ - | | 1/28/22 | | $ 2,444,379.00 |
| 3 Joseph | | Reitano | Jr. | Vincent | | Litto | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 83 | | 3226 at 9 | $ - | | 12/20/17 | | $ 20,495,085.00 |
| 4 Maria | | Silverstein-Verhoog | | Craig | | Silverstein | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 86 | | 3226 at 9 | $ - | | 5/15/24 | | $ 17,324,290.00 |