# EXHIBIT B

| | Personal Representative | | | | Claimant | | | | | 9/11 Decedent | | | | | | | Claim Information | | | Solatium Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
| 1 | | | | | Susan | | Frost | | USA | Christopher | | Panatier | | USA | 9/11/01 | NY | 02cv07230 | 1463 at 85 | 02cv07230, 386 | Sibling | | | $ 4,250,000.00 | | |