# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE:                                                    03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                          **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-------------------------------------------------------------X

This document relates to:

*Ashton, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member
case *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD) (SN))
*DeRubbio, et al. v. Islamic Republic of Iran*, 18-cv-5306 (GBD) (SN)
*Agyeman, et al. v. Islamic Republic of Iran*, 18-cv-5320 (GBD) (SN)
*Schlissel, et al. v. Islamic Republic of Iran*, 18-cv-5331 (GBD) (SN)
*Jimenez, et al. v. Islamic Republic of Iran*, 18-cv-11875 (GBD) (SN)
*Hemenway, et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, 19-cv-11767 (GBD) (SN)
*Bodner, et al. v. Islamic Republic of Iran*, 19-cv-11776 (GBD) (SN)
*Bernaerts, et al. v. Islamic Republic of Iran*, 19-cv-11865 (GBD) (SN)
*Asaro, et al. v. Islamic Republic of Iran*, 20-cv-10460 (GBD) (SN)
*Bianco, et al. v. Islamic Republic of Iran*, 20-cv-10902 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Order dated August 28, 2024, the Plaintiffs listed in Exhibit A move for entry of partial

final default judgment against Defendant the Islamic Republic of Iran. It is **ORDERED** that partial

final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the

Islamic Republic of Iran; and it is **ORDERED** that the Plaintiffs identified in Exhibit A are

awarded economic damages and it is **ORDERED** that the Plaintiffs receiving economic damages

identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded

annually, running from the date indicated in the "Date of Report" column therein, until the date of

judgment; and it is **ORDERED** that the Plaintiffs identified in Exhibit A may submit future

applications for punitive or other damages at a later date consistent with any future rulings of this

Court; and it is **ORDERED** that Plaintiffs not appearing in Exhibit A may submit in later stages

applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York
        August 5, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

BY:

_____

**Deputy Clerk**

# Exhibit A

| # | Plaintiff First | Middle | Last | Suffix | Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dohee | | Kang | | Joon Koo | | Kang | | US | 9/11/01 | NY | 02cv07230 | 1463 at 89 | | 3226 at 10 | $ - | 9921-1 | 6/14/2024 | | $ 5,928,387.00 | |
| 2 | Madeline | Lew | Moy | | Teddington | H. | Moy | | US | 9/11/01 | VA | 02cv07230 | 1463 at 90 | | 3226 at 10 | $ - | 9921-2 | 6/15/2024 | | $ 3,093,777.00 | |
| 3 | Arlene | | Beyer | | Paul | M. | Beyer | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | 8711-1 at 6, 8723 | 3226 at 8 | $ - | 9980-5 | 7/1/24 | | $ 4,166,944.00 | |
| 4 | Geraldine | | Cefalu | | Jason | | Cefalu | | US | 9/11/01 | NY | 02cv06977 | 1463 at 33 | | 3226 at 5; 8275-1 at 3, 8973 | $ - | 9980-6 | 7/1/24 | | $ 5,228,921.00 | |
| 5 | Susan | | Correa | | Ruben | D. | Correa | | US | 9/11/01 | NY | 02cv06977 | 1463 at 62 | | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-4 | 7/1/24 | | $ 3,492,642.00 | |
| 6 | Christopher | | Della Pietra | | Joseph | | Della Pietra | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-21 | 7/1/24 | | $ 4,650,502.00 | |
| 7 | Frank | | Distefano | | Douglas | | Distefano | | US | 9/11/01 | NY | 02cv06977 | 1463 at 35 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 4, 8973 | $ - | 9980-24 | 7/1/24 | | $ 3,018,031.00 | |
| 8 | Elisabet | | Gardner | | William | A. | Gardner | | US | 9/11/01 | NY | 02cv06977 | 1463 at 57 | | 3226 at 8 | $ - | 9980-1 | 7/1/24 | | $ 1,889,445.00 | |
| 9 | Carol | | Haran | | James | | Haran | | US | 9/11/01 | NY | 02cv06977 | 1463 at 37 | | 3226 at 5; 8275-1 at 6, 8973 | $ - | 9980-11 | 7/1/24 | | $ 3,951,307.00 | |
| 10 | Delores | | Legree | | Anthony | | Hawkins | | US | 9/11/01 | NY | 02cv06977 | 1463 at 39 | | 3226 at 6 | $ - | 9980-8 | 7/1/24 | | $ 1,546,715.00 | |
| 11 | Joy | | Johnston | | William | | Johnston | Jr. | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 6; 8275-1 at 6, 8973 | $ - | 9980-3 | 7/1/24 | | $ 1,765,639.00 | Decedent's last name is listed as Johnson, 1463 at 63 and 3226 at 6. PR's last name is listed as Johnson, 1463 at 63 |
| 12 | Arsen | | Kolpakov | | Irina | | Kolpakova | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ - | 9980-16 | 7/1/24 | | $ 2,184,186.00 | Decedent's last name is listed as Kolpakov on 1463 at 50 and 3226 at 7. PR's last name is listed as Kolpakov on 1463 at 50 |
| 13 | Yun Yu | | Zheng | | Raymond | Kui Fai | Kwok | | US | 9/11/01 | NY | 02cv06977 | 1463 at 55 | | 3226 at 8 | $ - | 9980-10 | 7/1/24 | | $ 3,655,918.00 | |
| 14 | Christy | | Ferer | | Neil | D. | Levin | | US | 9/11/01 | NY | 02cv06977 | 1463 at 61 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-7 | 7/1/24 | | $ 10,476,126.00 | |
| 15 | Enrica | | Naccarato | | Lorraine | | Lisi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-9 | 7/1/24 | | $ 2,427,782.00 | |
| 16 | Yvonne | | Ramirez | | Linda | C. | Mair Grayling | | US | 9/11/01 | NY | 02cv06977 | 1463 at 30 | 8246 at 4, 8251 | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-18 | 7/1/24 | | $ 1,562,132.00 | |
| 17 | Susan | | McDermott | | Matthew | T. | McDermott | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 7, 8973 | $ - | 9980-2 | 7/1/24 | | $ 28,132,860.00 | |
| 18 | Richard | A. | Pitino | | William | G. | Minardi | | US | 9/11/01 | NY | 02cv06977 | 1463 at 48 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-23 | 7/1/24 | | $ 15,829,586.00 | |
| 19 | Diane | | Monahan | | John | G. | Monahan | | US | 9/11/01 | NY | 02cv06977 | 1463 at 40 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-17 | 7/1/24 | | $ 2,141,695.00 | |
| 20 | Nancy | | Moroney | | Dennis | | Moroney | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-14 | 7/1/24 | | $ 12,095,705.00 | |
| 21 | Elizabeth | | Murphy | | Charles | A. | Murphy | | US | 9/11/01 | NY | 02cv06977 | 1463 at 41 | | 3226 at 5; 8275-1 at 8, 8973 | $ - | 9980-22 | 7/1/24 | | $ 5,408,230.00 | |
| 22 | Sampath | | Pakkala | | Deepa | | Pakkala | | US | 9/11/01 | NY | 02cv06977 | 1463 at 59 | | 3226 at 8 | $ - | 9980-12 | 7/1/24 | | $ 4,916,372.00 | |
| 23 | Donna | | Paolillo | | John | | Paolillo | | US | 9/11/01 | NY | 02cv06977 | 1463 at 19 | | 3226 at 5; 8275-1 at 9, 8973 | $ - | 9980-20 | 7/1/24 | | $ 3,489,218.00 | |
| 24 | Jyothi | J. | Shah | | Jayesh | | Shah | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 7 | $ - | 9980-15 | 7/1/24 | | $ 6,789,309.00 | |
| 25 | Suzanne | | Swaine | | John | F. | Swaine | | US | 9/11/01 | NY | 02cv06977 | 1463 at 45 | | 3226 at 5; 8275-1 at 10, 8973 | $ - | 9980-19 | 7/1/24 | | $ 26,657,154.00 | |
| 26 | Nadadur | S. | Kumar | | Pendyala | | Vamsikrishna | | US | 9/11/01 | NY | 02cv06977 | 1463 at 50 | | 3226 at 7 | $ - | 9980-13 | 7/1/24 | | $ 6,096,254.00 | |
| 27 | Jennifer | | Reilly | | Kevin | O. | Reilly | | US | 9/11/01 | NY | 02cv06977 | 1463 at 63 | | 3226 at 8 | $ - | 10002-1 | 7/1/24 | | $ 6,479,294.00 | |
| 28 | Jeba | | Ahmed | | Shabbir | | Ahmed | | US | 9/11/01 | NY | 18cv05320 | 18cv05320, 7 at 8 | 4765-1 at 2; 4989 (granting 4765) | | $ - | 10141-4, at 1 | 7/1/24 | | $ 886,536.00 | |
| 29 | Alexander | | Centro | | Alexander | Anthony | Centro | Jr. | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 2 | | | $ - | 10141-4, at 24 | 7/1/24 | | $ 1,824,647.00 | |
| 30 | RoseEllen | | Dowdell | | Kevin | Christopher | Dowdell | | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 3 | | | $ - | 10141-4, at 47 | 7/1/24 | | $ 3,594,094.00 | |
| 31 | Amy | | Eberling | | Dean | Phillip | Eberling | | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 4 | | | $ - | 10141-4, at 65 | 7/1/24 | | $ 10,308,736.00 | |
| 32 | Jennifer | | Artola | | Francis | Jude | Feely | | US | 9/11/01 | NY | 18cv05306 | 18cv05306, 6 at 9 | 9439 at 5; 9443 (granting 9439) | | $ - | 10141-4, at 87 | 7/1/24 | | $ 4,066,496.00 | |
| 33 | Janet | | Gambino | | Thomas | | Gambino | Jr. | US | 9/11/01 | NY | 19cv11767 | 19cv11767, 5 at 5-6 | | | $ - | 10141-4, at 111 | 7/1/24 | | $ 2,867,202.00 | |
| 34 | Jamielah | | Persol | | DaJuan | | Hodges | | US | 9/11/01 | NY | 18cv12277 | 18cv12277, 1 at 1 | 7406 at 3; 7430 (granting 7406) | | $ - | 10141-4, at 129 | 7/1/24 | | $ 703,098.00 | |
| 35 | Kevin | | Casey | | Kathleen | Anne | Hunt-Casey | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 1 | | | $ - | 10141-4, at 152 | 7/1/24 | | $ 2,951,323.00 | |
| 36 | Philomena | Ann | Karczewski | | Charles | Henry | Karczewski | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 2 | | | $ - | 10141-4, at 176 | 7/1/24 | | $ 3,765,879.00 | |
| 37 | JoAnn | | Langone | | Thomas | | Langone | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 3 | | | $ - | 10141-4, at 199 | 7/1/24 | | $ 4,560,096.00 | |
| 38 | Mary | Ann | Ledee | | Kenneth | Charles | Ledee | | US | 9/11/01 | NY | 18cv12277 | 18cv12277, 1 at 3-4 | 7406 at 3-4; 7430 (granting 7406) | | $ - | 10141-5 at 1 | 8/1/24 | | $ 2,479,719.00 | |
| 39 | Lisa | | Luckett | | Edward | Hobbs | Luckett | | US | 9/11/01 | NY | 19cv11776 | 19cv11776, 5 at 4 | | | $ - | 10141-5 at 25 | 7/1/24 | | $ 6,746,406.00 | |
| 40 | Patrice | A. | Regan | | Nicholas | George | Massa | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 3 | | | $ - | 10141-5 at 48 | 7/1/24 | | $ 4,120,226.00 | |
| 41 | Noah | R. | McCloskey | | Katie | M. | McCloskey | | US | 9/11/01 | NY | 18cv11875 | 18cv11875, 6 at 4 | 9288 at 9; 9303 (granting 9288) | | $ - | 10141-5 at 71 | 8/1/24 | | $ 1,461,746.00 | |
| 42 | Elizabeth | | Rivas | | Moises | Norberto | Rivas | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 5 | | | $ - | 10141-5 at 94 | 7/1/24 | | $ 2,098,379.00 | |
| 43 | Toolsiedai a/k/a Ruby | | Seepersaud a/k/a Awan | | Roshan | Ramesh | Singh | | US | 9/11/01 | NY | 20cv10460 | 20cv10460, 1 at 6 | | | $ - | 10141-5 at 118 | 7/1/24 | | $ 2,214,101.00 | |
| 44 | Tara | | Strobert-Nolan | | Steven | Frank | Strobert | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 7 | | | $ - | 10141-5 at 133 | 7/1/24 | | $ 5,587,611.00 | |
| 45 | Kathleen | | Thompson | | Brian | T. | Thompson | | US | 9/11/01 | NY | 18cv05331 | 18cv05331, 5 at 9 | | | $ - | 10141-5 at 156 | 7/1/24 | | $ 3,217,849.00 | |
| 46 | Alda | | Walcott | | Courtney | Wainsworth | Walcott | | US | 9/11/01 | NY | 20cv10902 | 20cv10902, 1 at 7 | | | $ - | 10141-5 at 179 | 7/1/24 | | $ 2,478,577.00 | |
| 47 | Joan | | York | | Raymond | Robert | York | | US | 9/11/01 | NY | 19cv11865 | 19cv11865, 1 at 8 | | | $ - | 10141-5 at 202 | 7/1/24 | | $ 3,790,469.00 | |