# ANDERSON KILL P.C.

**7 TIMES SQUARE, 15TH FLOOR** / **NEW YORK, NY 10036** / **212.278.1000** / **www.andersonkill.com**

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

January 21, 2026

VIA ECF

The Honorable George B. Daniels
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States
Courthouse.
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse,
400 Foley Square
New York, NY 10007

**Re:** ***In re Terrorist Attacks on September 11, 2001*, 03 MDL
1570 (GBD)(SN) - *Havlish* Plaintiffs' Motion to Permit
Attachment and Execution (MDL ECF No. 11458)**

The undersigned law firms represent approximately ninety-five percent of the wrongful death and serious physical injury plaintiffs in this MDL proceeding. On Friday of last week (January 16, 2026) the *Havlish* Plaintiffs submitted to you a Motion to Permit Attachment and Execution Pursuant to 28 U.S.C S 1610(c) (MDL ECF No. 11458). By that motion, the *Havlish* Plaintiffs seek to attach 127,271 Bitcoin (with an approximate value of 12 billion dollars) that are currently already the subject of a forfeiture proceeding brought by the government of the United States pursuant to Rule G of the Supplement Rules for Admiralty and Maritime Claims and Assets Forfeiture Actions.  That forfeiture proceeding is now pending before Judge Rachel P. Kovner in the Eastern District of New York and is entitled *United States v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, No.25-cv-5745(RPK) (the "Bitcoin Action").  (The *Hoglan* Plaintiffs filed a similar motion to permit attachment and execution with this Court on Monday, January 20, 2026.  MDL ECF No. 11461.)

NEW YORK, NY / BOSTON, MA / LOS ANGELES, CA / NEWARK, NJ / PHILADELPHIA, PA / STAMFORD, CT / WASHINGTON, DC

**ANDERSON KILL P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 21, 2026
Page 2

Conspicuous by its absence from the motion papers submitted to you by the *Havlish* (and *Hoglan*) Plaintiffs in support of their attachment motions is any mention of the fact that a separate group or plaintiffs who are victim of non-9/11 terrorist attacks – the *Fritz* Plaintiffs – have previously instituted an action for execution and turnover of the very same 127,271 Bitcoin and have already moved for an emergency attachment of that Bitcoin.  The *Fritz* Action is also pending in the Eastern Distinct of New York, which is where the Bitcoin is being held by the government and which is (as noted) where the government has instituted its forfeiture proceeding.  The *Fritz* Action is entitled *Noala Fritz et al. vs. Iran and China Investment Development Group d/b/a/ Lubian.com*, Case No. 1:25-CV-07093, and appears to be pending before the Honorable Magistrate Judge Marcia M. Henry.  (A copy of Magistrate Judge Henry's Order deferring decision on the *Fritz* Plaintiffs' *ex parte* emergency motion for an attachment is annexed as Exhibit 1.)

In recent days and weeks, a number of other judgment holders, with claims primarily relating to Iranian terrorism, and others, have asserted claims against the Bitcoin assets in the forfeiture proceeding, including many other 9/11 victims in this MDL.  (*See e.g.*, Bitcoin Action ECF Nos. 66 and 69-70, motion by *O'Neill* Plaintiffs for Extension of Time to File Verified Claim and Claim and Statement of Interest; and Bitcoin Action ECF Nos. 85 and 86, Motion for Extension and Claim by *Gold Star* Plaintiffs).

Our purpose for this letter is two-fold. First, we want to give this Court a fuller picture of what is happening in the Eastern District than the *Havlish* Plaintiffs have provided.

DOCS-100881445.5

**ANDERSON KILL P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 21, 2026
Page 3

Second and on a related note, in order to keep this Court fully apprised of developments in the Eastern District, we wish to advise you that it is our intention within the next few days to file a joint motion to intervene as plaintiffs in the *Fritz* Action in the Eastern District, as well as to take other actions both in that District and in connection with the *Havlish* application before this Court, all in order to protect our 9/11 clients' interests. Our overarching purpose will be to see to it that the proceeds of the forfeiture proceeding will be distributed in a fair and equitable manner to all 9/11 victims, without a "race to the courthouse" and competing attachment proceedings in different jurisdictions, whether that equitable distribution is accomplished via the U.S. V.S.S.T statutory mechanism or via the powers of the District Court.

Very truly yours,

**ANDERSON KILL P.C.**
By: */s/ Jerry S. Goldman*
    Jerry S. Goldman, Esq.
    7 Times Square, 15th Floor
    New York, New York 10036
    jgoldman@andersonkill.com
    Tel: (212) 278-1000
    Fax: (212) 278-1733
    *Attorneys for the O'Neill Plaintiffs*

**KREINDLER & KREINDLER LLP**
By: */s/ Megan Wolfe Benett*
    Megan Wolfe Benett, Esq.
    485 Lexington Ave
    New York, NY 10017
    mbenett@kreindler.com
    Tel.: (212) 973-3438
    Fax: (212) 972-9432
    *Attorneys for the Ashton Plaintiffs*

DOCS-100881445.5

**ANDERSON KILL P.C.**

The Honorable George B. Daniels
The Honorable Sarah Netburn
January 21, 2026
Page 4

<div style="margin-left:50%">

**MOTLEY RICE LLC**

By: */s/ John M. Eubanks*

John M. Eubanks, Esq.
John C. Duane, Esq.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
jeubanks@motleyrice.com
jduane@motleyrice.com
Tel.: (843) 216-9184
Fax: (843) 216-9450
*Attorneys for the Burnett Plaintiffs*


**SPEISER KRAUSE, P.C.**

By: */s/ Jeanne M. O'Grady*

Jeanne M. O'Grady, Esq.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com
Tel.: (914) 220-5333
Fax: (914) 220-5334
*Attorneys for the Ashton-Burlingame
Plaintiffs*

</div>

Enc. a/s

DOCS-100881445.5