LAW OFFICE OF JOHN F. SCHUTTY
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441 - Fax: (917) 591-5980
john@johnschutty.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/5/2026
```

March 5, 2026                          **Via ECF**

Honorable George B. Daniels, U.S. District Court Judge
Honorable Sarah Netburn, U.S. District Court Magistrate Judge

    Re:    *In re Terrorist Attacks on September 11, 2001,*
           MDL No. 03-MDL-1570 (GBD) (SN)
           *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (and member cases *Burlingame, et al. v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN) and *Schneider, et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7209 (GBD)(SN)
           <u>*Ashton* Requests for Rule 54(b) Certifications to Past Awards</u>

Your Honors:

I write in response to the Report and Recommendation (R&R) & Appendix (MDL ECF #11824) issued March 3, 2026, by Magistrate Judge Sarah Netburn.

We have noted upon a review of the R&R's Appendix that the *Ashton-Burlingame* and *Ashton-Schneider* Plaintiffs were not included within the Appendix as parties seeking Rule 54(b) certifications; these plaintiffs also seek to obtain "finality" to their "partial final judgments" against the Islamic Republic of Iran since a proper and timely request was made for such inclusion within "the list" on February 24, 2026 (MDL ECF ##11803, 11803-1 and 11803-2).

I am attaching as Exhibits what was filed by these Plaintiffs who requested inclusion to "the list" on February 24, nearly a week before the R&R was issued.

Since we believe that this was a mere oversight, we are asking the Magistrate Judge to

---

The Court will consider counsel's timely request to add these Iran Judgments, <u>see</u> ECF No. 11803, to the Appendix of the R&R, ECF No. 11824. To maintain a clear record for the Clerk of Court, the Court directs counsel to file the appropriate requests to the Clerk for registration of these additional Iran Judgments in another judicial district. <u>See, e.g.</u>, ECF No. 11794.
**SO ORDERED.**

*/s/ Sarah Netburn*
SARAH NETBURN
United States Magistrate Judge

Dated: March 5, 2026
       New York, New York